## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                    **PLAINTIFF**
**ADC #659228**

**v.**                          **No. 4:23-cv-01050-LPR-ERE**

**PARSONS, et al.**                                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 46).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against the Doe Defendant are DISMISSED without prejudice based on his failure to identify or to provide a service address for this Defendant.  The Clerk is instructed to terminate the Doe Defendant as a party Defendant.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE