IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM MAYFIELD**                                                                                       **PLAINTIFF**
**ADC #659228**

v.                                        No. 4:23-cv-01050-LPR-ERE

**KIM PARSONS,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Edie R. Ervin (Doc. 66). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 53) is DENIED.

IT IS SO ORDERED this 5th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] It may turn out that, as a factual matter, the grievance apparatus was available to Plaintiff. But there are disputed material facts that preclude summary judgment on this issue at this time.